UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brown
        Plaintiff

    V.

Hart
        Defendants

CIVIL ACTION

NO10-10693-RGS

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, D. J.

The Court having been advised on ___1/20/12___ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

___1/20/12___
Date

/s/Elaine Flaherty
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)